**Matthew Sullivan, Defendant in Error, v. Harry Wolf, trading as Climax Electric Carpet Cleaning Works, Plaintiff in Error.**

**Gen. No. 20,044.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the March term, 1914. Reversed and remanded. Opinion filed April 26, 1915. Rehearing denied May 10, 1915.

## Statement of the Case.

Action in the Municipal Court by Matthew Sullivan against Harry Wolf, trading as Climax Electric Car-

pet Cleaning Works, in tort to recover damages for injury to plaintiff's rugs. The statement of claim alleged that plaintiff's claim was for seventy dollars damages, growing out of the defendant's ruining three valuable rugs in an attempt to clean them. The affidavit merely alleged that affiant was the plaintiff in a suit "for damages as set forth in the aforesaid statement of claim, and that he *claims* damages amounting to seventy dollars and therefore he brings this suit."

RUDOLPH FRANKENSTEIN, for plaintiff in error.

JOHN A. STAGG, for defendant in error.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 19*—*when error to enter judgment on statement and affidavit of claim.* The entry of judgment merely on the statement and affidavit of claim of the plaintiff and without hearing evidence of damages in a tort action is erroneous, where the affidavit merely alleged that plaintiff "claims" damages, and nowhere averred that plaintiff had actually been damaged in the amount claimed.